JOHN L. BAUER, Appellant, v. MORSE DRY DOCK AND REPAIR COMPANY, Respondent.— Judgment reversed on the facts, and new trial granted, costs to abide the event. The evidence adduced by the plaintiff entitled him to have the questions of fact involved passed upon by the jury. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

LOUIS BROWN, Respondent, v. PHILIP SALZBERG, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

ALFRED BURKE, Appellant, v. MORRIS DLUGASCH and CHARLES H. LOUIS, Respondents.— Judgment reversed on the law and facts, and new trial granted, with costs to appellant to abide the event. We think it was error to dismiss the complaint in the absence of any denial or explanation on the part of the defendants. The findings of the trial court inconsistent with this decision are reversed. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur. Settle order on notice before Mr. Justice Young.

ANNA M. CONWAY, Respondent, v. MAX H. PETIGOR, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

JOHN CUNNINGHAM, Respondent, v. CHELSEA FIBRE MILLS, Appellant.— Judgment and order reversed on the facts, and new trial granted, costs to abide the event. We think the finding of the jury that plaintiff was injured through the falling of the underflooring upon which he was standing is against the weight of the evidence. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

GIACCHINO CURRERI, Appellant, v. PETER RINELLI and STEPHEN GUARDINO, Doing Business under the Firm Name and Style of RINELLI & GUARDINO, Respondents.— Judgment reversed on the law and the facts, and a new trial granted, with costs to abide the event, upon the ground that the evidence presented a question of fact for the determination of a jury as to whether the defendants had failed in their duty of furnishing a safe place for the plaintiff to work. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

CHARLES NAPOLEON DOUGHERTY, an Infant, by SUSAN M. TEVES, His Guardian ad Litem, Appellant, v. EMMA L. SALT, as Executrix, etc., of HELLENA M. DOUGHERTY, Deceased, Respondent.— Judgment unanimously affirmed, with costs, upon authority of Dougherty v. Salt (227 N. Y. 200). The additional evidence produced by the plaintiff upon the new trial is entirely cumulative in character, and in no way adds probative force to the question of consideration. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

LUIS EHRLICH, Respondent, v. ISAAC ITZKOWITZ, Appellant.— Appeal dismissed, with ten dollars costs and disbursements. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

LEWIS GEORGE, Respondent, v. FRANK JARKA, Doing Business under and by the Firm Name of F. JARKA & COMPANY, Appellant, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

THE GRAMATAN NATIONAL BANK OF BRONXVILLE, Respondent, v. GERSETA CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

HOLY TRINITY BAPTIST CHURCH OF BROOKLYN, Respondent, v. CHARLES D.